No. 526, October Term, 1947. UNITED STATES *v.* KRUSZEWSKI, 333 U. S. 880. Respondent's petition dated October 19, 1951, denied.

No. 79, Misc. BYERS *v.* HUNTER, WARDEN. Motion for leave to file petition for writ of certiorari denied.

No. 144, Misc. PRICE *v.* CRANOR, SUPERINTENDENT. Application denied.

No. 157, Misc. OWENS *v.* HUNTER, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 162, Misc. PAPPAS *v.* MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. Application denied.

No. 100. UNITED STATES *v.* BLOOM, GENERAL ASSIGNEE. Court of Appeals of New York. Certiorari granted. *Solicitor General Perlman* for the United States. *Irwin Geiger* for respondent.

No. 275. UNITED STATES EX REL. JAEGELER *v.* CARUSI, COMMISSIONER OF IMMIGRATION AND NATURALIZATION, ET AL. C. A. 3d Cir. Certiorari granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *George C. Dix* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Samuel D. Slade* for respondents.